AB:JRS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPPLEMENTAL AFFIDAVIT |
| - against - | (T. 21, U.S.C., §§ 952(a) and 960(a)(1)) |
| DEONARINE LOKHNAUTH, | No. 19-MJ-316 |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

THOMAS JACQUES, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on April 6, 2019.

Commencing on or about April 6, 2019 the defendant DEONARINE LOKHNAUTH passed a total of approximately 69 pellets with a total gross weight of approximately 689.9 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant DEONARINE LOKHNAUTH be dealt with according to law.

_____
THOMAS JACQUES
Special Agent
U.S. Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
8th day of April 2019

S/Bloom
_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK